# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3189

_____

James Johnson, also known as Seifullah   *
Aziz Ali Diaab,   *
  *
Appellant,   *
  *
v.   *   Appeal from the United States
  *   District Court for the
Gregory Harmon, Warden, Arkansas   *   Eastern District of Arkansas.
Department of Correction; Justine   *
Minor, Major Disciplinary Hearing   *
Officer, Arkansas Department of   *   [UNPUBLISHED]
Correction; J. D. Kleiner, Field   *
Major, Arkansas Department of   *
Correction; Robert Clark, Major   *
Disciplinary Hearing Officer   *
Administrator, Arkansas Department   *
of Correction; Larry Norris, Director,   *
Arkansas Department of Correction;   *
K. Waddle, Major Disciplinary Hearing   *
Officer, Arkansas Department of   *
Correction; V. Kelly, Correctional   *
Officer II, Maximum Security Unit   *
at Tucker, Arkansas Department of   *
Correction; Ray Hobbs, Deputy   *
Assistant Director, Arkansas   *
Department of Correction; Rick L.   *
Toney, Warden, Arkansas Department   *
of Correction; F. Preston, Ms., Unit   *
Property Control Officer, Varner Unit,   *
Arkansas Department of Correction;   *
Freyder, Mr., Chaplain, Arkansas   *
Department of Correction,   *
  *
Appellees.   *

Submitted: November 1, 2006
Filed:  November 14, 2006

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate James Johnson filed a 42 U.S.C. § 1983 action against employees of the Arkansas Department of Correction, alleging he was denied due process, equal protection, and freedom of religion.  The district court[1] dismissed the action following an evidentiary hearing.

Because Johnson did not make a jury demand, we review the district court's factual findings for clear error and its conclusions of law de novo.  *See Choate v. Lockhart*, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993).  After careful review of the record, we find no error in the district court's well-reasoned decision, and we affirm.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.